Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joseph B. Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:      408-279-2288
Facsimile:      408- 297-2299

Attorneys for Plaintiff Javier Contreras

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER CONTRERAS,<br><br>                        Plaintiff,<br><br>        v.<br><br>BARCLAYS BANK DELAWARE,<br><br>                        Defendants. | Case No.: 5:17-cv-05411-HRL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT BARCLAYS BANK DELAWARE |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Javier Contreras and defendant Barclays Bank Delaware, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Barclays Bank Delaware from this action upon finalization.

**Sagaria Law, P.C.**

Dated:   December 18, 2017         By:     /s/ *Elliot Gale*
                                                    Elliot Gale
                                                    Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT BARCLAYS BANK DELAWARE -1-

|   |   |
|---|---|
| Dated: December 18, 2017 | **Yu | Mohandesi LLP**<br><br>By: /s/ *Behzad Ben Mohandesi*<br>Behzad Ben Mohandesi<br>Attorneys for Defendant<br>Barclays Bank Delaware |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Behzad Ben Mohandesi has concurred in this filing.

*/s/ Elliot Gale*