UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE,<br><br>Defendant. | Case No.17-cv-05411-HRL<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE RE: SETTLEMENT**<br><br>Dkt. Nos. 14, 15 |

On December 18, 2017, the parties filed a stipulation to stay this action pending resolution at arbitration. Dkt. No. 14. Later that same day, the parties informed the Court that they had reached a settlement. Dkt. No. 15. Accordingly, the request to stay the action is denied as moot, and the initial case management conference is vacated, as are all other previously scheduled deadlines and appearances.

Furthermore, on or before February 16, 2018, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, California on February 27, 2018, at 10:00 a.m., and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than February 20, 2018, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: December 18, 2017

HOWARD R. LLOYD
United States Magistrate Judge